UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ARUNJEET KAUR,
Plaintiff,

v.

TODD BLANCHE, Acting United States Attorney General; CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); MARKWAYNE MULLIN, Secretary of Department of Homeland Security; CARRIE M. SELBY, Associate Director, Service Center Operations Directorate (USCIS); JOSEPH B. EDLOW Director (USCIS),

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Civil Action No. 26-cv-3441

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Ozone Park, New York
August 3, 2026

LAW OFFICE OF JANA JUNUZ, P.C.
*Counsel for Plaintiff*
103-11 101st Avenue
Ozone Park, New York 11416

By: */s/ Jana Junuz*
Jana Junuz, Esq.
(718) 813-9917
jjunuzlaw@gmail.com

Dated: Brooklyn, New York
August 14, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: /s/ David A. Cooper\
David A. Cooper
Assistant U.S. Attorney
(718) 254-6228
david.cooper4@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 08/17/2026

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**